UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

FILED
98 MAR 30 AM 10: 32
U.S. DISTRICT COURT
N.D. OF ALABAMA

JEROME EDWARDS,           )
          Plaintiff(s);   )
                          )
   vs.                    )   No.  CV97-P-03278-S
                          )
                          )
SWEEPING CORP. OF AMERICA, INC, )
          Defendant(s).   )

MAR 31 1998

ORDER

   Pursuant to the parties' Stipulation of Dismissal this case is hereby DISMISSED with prejudice, each party to bear its own costs.

   Dated:  *March 27*, 1998

                                   _____
                                   Chief Judge Sam C. Pointer, Jr.


Service List:
  Mr. Jeffrey W. Bennitt
  Mr. Michael L. Lucas